## Edward Murphy, Appellee, v. City of Chicago, Appellant.

### Gen. No. 18,961.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed March 5, 1913.

### Statement of the Case.

Action by Edward Murphy against City of Chicago to recover for personal injuries sustained as the result of being thrown from a wagon owing to a defect in the street. From a judgment for plaintiff for one thousand two hundred and fifty dollars, defendant appeals.

WILLIAM H. SEXTON and N. L. PIOTROWSKI, for appellant; DAVID R. LEVY, of counsel.

HARVEY WYNEKOOP and GUERIN, GALLAGHER & BARRETT, for appellee.

MR. JUSTICE GRIDLEY delivered the opinion of the court.

### Abstract of the Decision.

1.  MUNICIPAL CORPORATIONS, § 1050*—*when driver not guilty of contributory negligence.* The driver of a vehicle using a street "on and off for six years" injured by being thrown to the ground, upon the front wheel of the wagon becoming caught in a depression in the street about three feet long, six to eight inches deep and three to eight inches wide, which had existed for a year or more, *held* not guilty of contributory negligence as a matter of law.

2.  APPEAL AND ERROR, § 472*—*when remarks of trial judge not saved for review.* Remarks of the trial judge claimed to have been improper will not be considered where they were not objected to and no exception was taken.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.